

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  11/15/2019

November 13, 2019

Via ECF
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Robert Pena et al., 18 Cr. 844 (ER)

Dear Judge Ramos,

We are writing in connection with the trial schedule for the above-referenced case.  At this time, three of the four defendants charged in the case have pleaded guilty.  The remaining defendant, Nelson Almanzar, was scheduled to plead guilty earlier this week.  Unfortunately, due to unforeseen weather-related circumstances, Mr. Almanzar's counsel, Mr. Cesar de Castro, was not available at the scheduled time, and the plea was adjourned until November 26, 2019.

Accordingly, the Government, with the consent of Mr. Almanzar, is respectfully requesting that the Court adjourn the currently scheduled trial date of December 2, 2019, until a date that is convenient for the Court in early 2020.  The additional time will allow for the entry of Mr. Almanzar's plea, and will ensure that the parties have adequate time to prepare for trial, in the event that Mr. Almanzar's plea does not go forward.  Accordingly, the Government also respectfully requests, with the consent of Mr. Almanzar, that the Court exclude time, under the Speedy Trial Act, between today's date and any new trial date set by the Court, for the reasons set forth above.

The December 2, 2019 trial is adjourned to Monday, April 20, 2020, at 9:00 a.m.  Pretrial documents are due March 20, 2020.  Responses thereto are due April 3, 2020.  A final pretrial conference will be held on April 16, 2020, at 4:00 PM
SO ORDERED

Edgardo Ramos, U.S.D.J
Dated:  11/15/2019
New York, New York

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Sarah Krissoff
    Sarah Krissoff
    Assistant United States Attorney
    (212) 637-2232