THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

## MEMO ENDORSED

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

February 19, 2019

***Via* ECF**

The Honorable Edgardo Ramos
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing is adjourned to April 9, 2020, at 10:00 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __2/20/2020_____
> New York, New York

Re:     *United States v. Nelson Almanzar,* 18 Cr. 844 (ER)

Dear Judge Ramos:

I write, with the government's consent, to request an adjournment of Mr. Almanzar's sentencing proceeding currently scheduled for March 5, 2020, to April 9, 14, or the morning of April 15, 2020.

I request this adjournment because I need additional time to meet with Mr. Almanzar to review the Pre-Sentence Report, obtain letters in support of his sentencing from his friends and family, and prepare my sentencing memorandum. Mr. Almanzar was recently unexpectedly moved from the Metropolitan Correctional Center to the Westchester County Jail in Valhalla, New York, which has caused some delay. In addition, I am still awaiting letters in support of Mr. Almanzar from his family and friends in order to include them in my sentencing submission.

Accordingly, I respectfully request that Mr. Almanzar's sentencing be adjourned to April 9, 14, or the morning of April 15, 2020, if the Court is available. Thank you.

Respectfully submitted,

/s/

César de Castro

cc:     Sarah Krissoff
        Frank Balsamello
        *Assistant United States Attorneys* (*via* ECF)