USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: April 7, 2020

THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

April 6, 2020

**MEMO ENDORSED**

*Via* ECF

The Honorable Edgardo Ramos
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v.* Almanzar, 18 Cr. 844 (ER)

Dear Judge Ramos:

I represent Nelson Almanzar in the above-referenced matter. I write to request that Mr. Almanzar's sentencing be rescheduled from April 9, 2020, to any day the week of June 15, 2020, at a time convenient to the Court. An adjournment of Mr. Almanzar's sentencing is necessary given the global pandemic that has affected my ability to meet or speak to my client and the necessary affect it has had on Court operations. I have conferred with the government and it joins in this application.

Respectfully submitted,

César de Castro

> Sentencing is adjourned to June 26, 2020, at 2:30 PM.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/7/2020
> New York, New York