THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

**MEMO ENDORSED**

June 9, 2020

*Via* ECF

The Honorable Edgardo Ramos
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

           Re:    *United States v. Nelson Almanzar,* 18 Cr. 844 (ER)

Dear Judge Ramos:

I write, with the government's consent, to request an adjournment of Mr. Almanzar's sentencing proceeding currently scheduled for June 26, 2020, to the week of September 1, 2020, or the week of September 7, 2020, at any time convenient for the Court. A further adjournment of Mr. Almanzar's sentencing is necessary due to the COVID-19 pandemic and the effect it has had on my ability to meet with my client and on court operations. I have conferred with the government and it joins in this application.

Respectfully submitted,

   /s/

César de Castro

cc:    Sarah Krissoff
        Frank Balsamello
        *Assistant United States Attorneys* (*via* ECF)

---

The June 26 sentencing is adjourned to September 9, 2020, at 11:00 AM.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 6/10/2020
New York, New York